IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ARMSTRONG, III,<br>2205 Solmar Dr.<br>Silver Spring, MD 20904<br><br>    Plaintiff<br>v.<br><br>KRATZ QUINTOS & HANSON LLP<br>Suite 400<br>1420 K Street, N.W.<br>Washington, D.C. 20005<br><br>SERVE:<br>Mel R. Quintos<br><br>MEL R. QUINTOS<br>6104 Winslow Court<br>Fairfax Station, VA 22039<br><br>DONALD W. HANSON<br>1922 N. Quintana Street<br>Arlington, VA 22205<br><br>    Defendants | Case No. 1:07-cv-02333<br><br>Judge Henry H. Kennedy |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court will please be advised that Plaintiff James E. Armstrong, III ("Mr. Armstrong") died on January 3, 2008. The undersigned counsel of record for Mr. Armstrong hereby advises the court that a petition is being prepared and will be filed with the Register of Wills for Montgomery County, Maryland to open an estate in the name of Mr. Armstrong, and counsel will move to substitute the personal representative of Mr. Armstrong's estate as the party

plaintiff in this action, as soon as the estate is opened and a personal representative is appointed.

Dated:   February 1, 2008

/s/ John H. Harman  _____
John H. Harman, DC Bar No. 34405
COGGINS, HARMAN & HEWITT
8905 Fairview Road, Suite 600
Silver Spring, MD 20910
Phone: (301) 587-2880
Fax:    (301) 495-4990
Email: chhlaw587@aol.com

Attorney for Petitioner/Counter-Respondent

## CERTIFICATION REGARDING SERVICE

I Hereby Certify that there has been no service of process to date upon any of the defendants to this action.  A copy of this Suggestion of Death will be served upon all parties with the Verified Complaint and Summons.

/s/ John H. Harman____
John H. Harman

L:\Armstrong\Fed Ct Pleadings\Suggestion.of.Death.doc