IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ARMSTRONG, III,<br>2205 Solmar Dr.<br>Silver Spring, MD 20904<br><br>    Plaintiff<br>v.<br><br>KRATZ QUINTOS & HANSON LLP<br>Suite 400<br>1420 K Street, N.W.<br>Washington, D.C. 20005<br><br>SERVE:<br>Mel R. Quintos<br><br>MEL R. QUINTOS<br>6104 Winslow Court<br>Fairfax Station, VA 22039<br><br>DONALD W. HANSON<br>1922 N. Quintana Street<br>Arlington, VA 22205<br><br>    Defendants | Case No. 1:07-cv-02333<br><br>Judge Henry H. Kennedy |

## MOTION TO SUBSTITUTE PERSONAL REPRESENTATIVE FOR DECEASED PLAINTIFF

SUSAN EDWARDS ARMSTRONG, Personal Representative of the Estate of JAMES E. ARMSTRONG, III, deceased, moves this Honorable Court for an order substituting her, in her capacity as Personal Representative of the estate of the deceased Plaintiff, as plaintiff in this action, and as grounds therefore, states as follows:

1. James E. Armstrong, III, the above-named plaintiff in this action, died testate on January 3, 2008 in Montgomery County, Maryland.

2. A Suggestion of Death was filed herein on February 1, 2008, and this Motion to Substitute is being filed within ninety days of the filing of the Suggestion of Death as required by Rule 25(a)(1) of the Federal Rules of Civil Procedure.

3. On February 28, 2008, the Register of Wills for Montgomery County, Maryland issued Letters of Administration to Susan Edwards Armstrong naming her as personal representative of the Estate of James E. Armstrong, III, Estate No. W57414, as evidenced by a true and accurate copy of the Letters of Administration attached hereto as **Exhibit 1**.

4. Susan Edwards Armstrong has duly qualified and is now serving and acting as personal representative of the Estate of James E. Armstrong, III, and in such capacity, she is the duly authorized representative of James E. Armstrong, III, the above-named and now deceased plaintiff.

5. This action is one for preliminary and permanent injunctive relief, monetary damages and other appropriate relief arising out of Defendants' false advertising and unfair competition pursuant to 15 U.S.C. § 1125(a)(1)(A) and (B), which is not extinguished by the death of the Plaintiff.

6. None of the named Defendants has yet been served in this matter and therefore their consent or response to the instant motion is not required.

WHEREFORE, SUSAN EDWARDS ARMSTRONG, Personal Representative of the Estate of JAMES E. ARMSTRONG, III, deceased, moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting her, in her capacity as personal representative of the Estate of James E. Armstrong, III, as plaintiff in this action.

Dated:   March 26, 2008

/s/ John H. Harman_____
John H. Harman, DC Bar No. 034405
COGGINS, HARMAN & HEWITT
8905 Fairview Road, Suite 600
Silver Spring, MD 20910
Phone: (301) 587-2880
Fax:    (301) 495-4990
Email: chhlaw587@aol.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I Hereby Certify that none of the named defendants to this action has yet been served, and therefore no separate service of the instant Motion to Substitute Personal Representative for Deceased Plaintiff was required.  Counsel for Plaintiff will serve copies of the Motion to Substitute Personal Representative for Deceased Plaintiff, and any Order issued by the Court in regard thereto, upon all named defendants when the Summons issued by this Court for each said named defendant is served upon them.

/s/ John H. Harman_____
John H. Harman

L:\Armstrong\Fed Ct Pleadings\Motion.Substitute.Plaintiff.doc



# State of Maryland
## LETTERS OF ADMINISTRATION

Estate No. **W57414**

I certify that administration of the Estate of

**JAMES E ARMSTRONG III**

was granted on the _____28th_____ day of _____FEBRUARY, 2008_____

to SUSAN EDWARDS ARMSTRONG

as personal representative(s) and the appointment is in effect

this _____28th_____ day of _____FEBRUARY, 2008_____ .

☑ Will probated __February 28, 2008__
          (date)

☐ Intestate estate.

_Joseph M. Griffin_
JOSEPH M GRIFFIN
Register of Wills for
Montgomery County

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW 1120

PS-3576

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ARMSTRONG, III,<br>2205 Solmar Dr.<br>Silver Spring, MD 20904<br><br>    Plaintiff<br>v.<br><br>KRATZ QUINTOS & HANSON LLP<br>Suite 400<br>1420 K Street, N.W.<br>Washington, D.C. 20005<br><br>SERVE:<br>Mel R. Quintos<br><br>MEL R. QUINTOS<br>6104 Winslow Court<br>Fairfax Station,VA 22039<br><br>DONALD W. HANSON<br>1922 N. Quintana Street<br>Arlington, VA 22205<br><br>    Defendants | Case No. 1:07-cv-02333<br><br>Judge Henry H. Kennedy |

**ORDER SUBSTITUTING PERSONAL REPRESENTATIVE**
**FOR DECEASED PLAINTIFF**

This cause having come on to be heard on the motion of SUSAN EDWARDS ARMSTRONG, Personal Representative of the Estate of JAMES E. ARMSTRONG, III, deceased, to be substituted as plaintiff in this action, and it appearing to the court that plaintiff James E. Armstrong, III died testate on January 3, 2008 in Montgomery County, Maryland,

that Estate No. W57414 in the name of the deceased plaintiff was opened in Montgomery County, Maryland and that on February 28, 2008 Letters of Administration were granted to Susan Edwards Armstrong as personal representative of the deceased plaintiff's estate and she has qualified and is acting as personal representative of such estate, that the cause of action herein is not extinguished by the death of the plaintiff, and that none of the Defendants has yet been served and therefore their response to the instant motion is not required, it is

ORDERED, that Susan Edwards Armstrong, personal representative of the Estate of James E. Armstrong, III, be substituted as plaintiff in this action in the place and stead of James E. Armstrong, deceased; and it is further

ORDERED, that Plaintiff shall cause a copy of this Order and the Motion to Substitute Personal Representative for Deceased Plaintiff to be served upon each Defendant at the time of the service of the Summons issued by this Court.

Dated: _____, 2008

_____
Henry H. Kennedy
District Court Judge

Copies via electronic service to:

John H. Harman, Esquire
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

L:\Armstrong\Fed Ct Pleadings\Order.Substitute.Plaintiff.doc