IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ARMSTRONG, III,<br>2205 Solmar Dr.<br>Silver Spring, MD 20904<br><br>      Plaintiff<br>v.<br><br>KRATZ QUINTOS & HANSON LLP<br>Suite 400<br>1420 K Street, N.W.<br>Washington, D.C. 20005<br><br>SERVE:<br>Mel R. Quintos<br><br>MEL R. QUINTOS<br>6104 Winslow Court<br>Fairfax Station, VA 22039<br><br>DONALD W. HANSON<br>1922 N. Quintana Street<br>Arlington, VA 22205<br><br>      Defendants | Case No. 1:07-cv-02333<br><br>Judge Henry H. Kennedy |

## ORDER SUBSTITUTING PERSONAL REPRESENTATIVE
## FOR DECEASED PLAINTIFF

This cause having come on to be heard on the motion of SUSAN EDWARDS ARMSTRONG, Personal Representative of the Estate of JAMES E. ARMSTRONG, III, deceased, to be substituted as plaintiff in this action, and it appearing to the court that plaintiff James E. Armstrong, III died testate on January 3, 2008 in Montgomery County, Maryland,

that Estate No. W57414 in the name of the deceased plaintiff was opened in Montgomery County, Maryland and that on February 28, 2008 Letters of Administration were granted to Susan Edwards Armstrong as personal representative of the deceased plaintiff's estate and she has qualified and is acting as personal representative of such estate, that the cause of action herein is not extinguished by the death of the plaintiff, and that none of the Defendants has yet been served and therefore their response to the instant motion is not required, it is

ORDERED, that Susan Edwards Armstrong, personal representative of the Estate of James E. Armstrong, III, be substituted as plaintiff in this action in the place and stead of James E. Armstrong, deceased; and it is further

ORDERED, that Plaintiff shall cause a copy of this Order and the Motion to Substitute Personal Representative for Deceased Plaintiff to be served upon each Defendant at the time of the service of the Summons issued by this Court.

Dated: *March 27*, 2008

                                                              Henry H. Kennedy, JR.
                                                              District Court Judge

Copies via electronic service to:

John H. Harman, Esquire
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

L:\Armstrong\Fed Ct Pleadings\Order.Substitute.Plaintiff.doc