IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN EDWARDS ARMSTRONG, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES E. ARMSTRONG, III,<br><br>Plaintiff,<br><br>v.<br><br>KRATZ QUINTOS & HANSON LLP, ET AL.,<br><br>Defendants. | Case: 1:07-cv-02333<br>Judge Henry H. Kennedy, Jr. |

**JOINT MOTION FOR 40-DAY EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

Plaintiff Susan Edwards Armstrong, Personal Representative of the Estate of James E. Armstrong, III ("Armstrong"), by her attorneys John H. Harman, Esquire and Coggins, Harman & Hewitt, on the one hand, and Defendants Mel R. Quintos ("Quintos"), individually and trading as Kratz Quintos & Hanson, LLP, Donald W. Hanson ("Hanson"), individually and trading as Kratz Quintos & Hanson, LLP and Kratz Quintos & Hanson, LLP (collectively, the "Defendants"), by their attorneys Campbell Killefer, Esquire and Venable LLP, on the other hand, hereby jointly move for a forty (40) day extension of time for Defendants to respond to the "Verified Complaint for Preliminary and Permanent Injunctive Relief, Monetary Damages and For Other

Appropriate Relief" filed on December 28, 2007. In support of the parties' joint motion, counsel for all parties state as follows:

1. Service of the summons and Complaint was deferred by Plaintiff's counsel to allow the parties' settlement talks to proceed in good faith without the costs and distractions of active litigation. In accordance with Fed.R.Civ.P. 4(m), Defendants' counsel recently agreed to accept service of the summons and Complaint effective April 25, 2008, conditioned on the parties' agreement jointly to file this motion for an extension of time.

2. The initial Plaintiff, James E. Armstrong, III, passed away unexpectedly on January 3, 2008. Upon the filing of a petition with the Register of Wills for Montgomery County, Maryland, Mr. Armstrong's widow, Susan Edwards Armstrong, was appointed as the Personal Representative of the Estate. Upon Plaintiff's counsel's motion, this Court entered its "Order Substituting Personal Representative for Deceased Plaintiff" dated March 27, 2008 (Docket No. 4).

3. Regardless of Mr. Armstrong's untimely death, the parties, along with their respective counsel and accountants, have been exchanging information and discussing the issues that need to be resolved in order to settle this litigation, as well as meeting in person and exchanging draft settlement documents, but have not had sufficient opportunity to do so since the recent substitution of the personal representative of the Estate of James E. Armstrong, III as the Plaintiff. The parties are proceeding in good faith and making progress to achieve an amicable resolution of this case.

4. In the interest of judicial economy and with the hope of not having to incur significant costs associated with pleadings, motions, discovery and other litigation

costs or otherwise require the intervention of this Court, the parties have been concentrating on reaching an amicable resolution of this matter. The parties jointly represent that the time and efforts of counsel will be devoted more productively to continuing the settlement talks than requiring Defendants' counsel to prepare their written response to the Complaint in the near future.

Accordingly, the parties jointly and respectfully request that the Court extend the time for Defendants to respond to the Complaint for forty (40) days until June 24, 2008. A proposed Order accompanies this joint motion.

Dated: April 23, 2008                                    Respectfully submitted,

_____/ck                                       _____
John H. Harman, D.C. Bar No. 34405                       Campbell Killefer, D.C. Bar No. 268433
COGGINS, HARMAN & HEWITT                                 VENABLE LLP
8905 Fairview Road, Suite 600                            Terrell Place
Silver Spring, MD 20910                                  575 7th Street, N.W.
Phone : (301) 587-2880                                   Washington, D.C. 20004
Fax: (301) 495-4990                                      Phone: (202) 344-8196
Email: chhlaw587@aol.com                                 Fax: (202) 344-8300
                                                         Email: ckillefer@venable.com
Counsel for Plaintiff
                                                         Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify on this 23rd day of April 2008, I served a true and correct copy of the foregoing Joint Motion for 40-Day Extension of Time for Defendants to Respond to the Complaint electronically via the Court's ECF system and via regular U.S. mail on counsel for Plaintiff:

John H. Harman, Esq.
COGGINS, HARMAN & HEWITT
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

_Campbell Killefer_
Campbell Killefer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN EDWARDS ARMSTRONG, )<br>PERSONAL REPRESENTATIVE )<br>OF THE ESTATE OF )<br>JAMES E. ARMSTRONG, III, )<br><br>    Plaintiff, )<br><br>v. )<br><br>KRATZ QUINTOS & HANSON LLP, )<br>ET AL., )<br><br>    Defendants. ) | Case: 1:07-cv-02333<br>Judge Henry H. Kennedy, Jr. |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for 40-Day Extension of Time for Defendants To Respond To The Complaint, and it appearing to the Court that counsels' efforts will be more productively devoted to continuing settlement talks rather than actively pursuing litigation,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED, and

IT IS FURTHER ORDERED that Defendants have until June 24, 2008 to respond to the Complaint.

Dated: April _____, 2008

_____
Henry H. Kennedy, Jr.
U.S. District Court Judge

Copies via electronic service to:

John H. Harman, Esq.
Coggins Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

Campbell Killefer, Esq.
Venable LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004