IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN EDWARDS ARMSTRONG, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES E. ARMSTRONG, III,<br><br>Plaintiff,<br><br>v.<br><br>KRATZ QUINTOS & HANSON LLP, ET AL.,<br><br>Defendants. | Case: 1:07-cv-02333<br>Judge Henry H. Kennedy, Jr. |

**JOINT MOTION FOR AN ADDITIONAL 21-DAY EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

The parties are negotiating and putting the final touches on a draft settlement agreement resolving all disputes among them. Accordingly, Plaintiff Susan Edwards Armstrong, Personal Representative of the Estate of James E. Armstrong, III ("Armstrong"), by her attorneys John H. Harman, Esquire and Coggins, Harman & Hewitt, on the one hand, and Defendants Mel R. Quintos ("Quintos"), individually and trading as Kratz Quintos & Hanson, LLP, Donald W. Hanson ("Hanson"), individually and trading as Kratz Quintos & Hanson, LLP and Kratz Quintos & Hanson, LLP (collectively, the "Defendants"), by their attorneys Campbell Killefer, Esquire and Venable LLP, on the other hand, hereby jointly move for an additional twenty-one (21) day extension of time for Defendants to respond to the "Verified Complaint for

Preliminary and Permanent Injunctive Relief, Monetary Damages and For Other Appropriate Relief" filed on December 28, 2007. The parties filed their initial "Joint Motion for 40-Day Extension of Time for Defendants to Respond to the Complaint" (Doc. #5), which this Court granted by Minute Order dated April 29, 2008 (Doc. #6), and which was extended again by Minute Order dated June 25, 2008.

In support of the parties' joint motion for an additional extension, counsel for all parties state as follows:

1. Service of the summons and Complaint was deferred by Plaintiff's counsel to allow the parties' settlement talks to proceed in good faith without the costs and distractions of active litigation. In accordance with Fed.R.Civ.P. 4(m), Defendants' counsel agreed to accept service of the summons and Complaint effective April 25, 2008, conditioned on the parties' agreement jointly to file a motion for an extension of time.

2. The initial Plaintiff, James E. Armstrong, III, passed away unexpectedly on January 3, 2008. Upon the filing of a petition with the Register of Wills for Montgomery County, Maryland, Mr. Armstrong's widow, Susan Edwards Armstrong, was appointed as the Personal Representative of the Estate. Upon Plaintiff's counsel's motion, this Court entered its "Order Substituting Personal Representative for Deceased Plaintiff" dated March 27, 2008 (Docket No. 4).

3. Regardless of Mr. Armstrong's untimely death, the parties, along with their respective counsel and accountants, have exchanged detailed information and discussed the issues that need to be resolved in order to settle this litigation, as well as conducted many meetings in person and exchanging draft settlement documents. A series of revised settlement agreements have been exchanged between counsel and their

2

respective parties, but final resolution of a handful of issues is still required. The parties are proceeding in good faith and making progress to achieve an amicable resolution of this case.

4. In the interest of judicial economy and with the hope of not having to incur significant costs associated with pleadings, motions, discovery and other litigation costs or otherwise require the intervention of this Court, the parties have been concentrating on reaching an amicable resolution of this matter. The parties jointly represent that the time and efforts of counsel will be devoted more productively to resolving the last outstanding issues rather than requiring Defendants' counsel to prepare their written response to the Complaint in the near future.

Accordingly, the parties jointly and respectfully request that the Court grant an additional extension of time for Defendants to respond to the Complaint for twenty-one (21) days until August 14, 2008. A proposed Order accompanies this joint motion.

Dated: July 22, 2008

Respectfully submitted,

*John Harman/ck*

John H. Harman, D.C. Bar No. 34405
COGGINS, HARMAN & HEWITT
8905 Fairview Road, Suite 600
Silver Spring, MD 20910
Phone : (301) 587-2880
Fax: (301) 495-4990
Email: chhlaw587@aol.com

Counsel for Plaintiff

*Campbell Killefer*

Campbell Killefer, D.C. Bar No. 268433
VENABLE LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004
Phone: (202) 344-8196
Fax: (202) 344-8300
Email: ckillefer@venable.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of July 2008, I served a true and correct copy of the foregoing Joint Motion for An Additional Twenty-one-Day Extension of Time for Defendants to Respond to the Complaint electronically via the Court's ECF system and via regular U.S. mail on counsel for Plaintiff:

> John H. Harman, Esq.
> COGGINS, HARMAN & HEWITT
> 8905 Fairview Road, Suite 600
> Silver Spring, MD 20910

_____
Campbell Killefer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN EDWARDS ARMSTRONG,<br>PERSONAL REPRESENTATIVE<br>OF THE ESTATE OF<br>JAMES E. ARMSTRONG, III,<br><br>          Plaintiff,<br><br>    v.<br><br>KRATZ QUINTOS & HANSON LLP,<br>ET AL.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case: 1:07-cv-02333<br>)   Judge Henry H. Kennedy, Jr.<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for an Additional Twenty-one-Day Extension of Time for Defendants To Respond To The Complaint, and it appearing to the Court that counsels' efforts will be more productively devoted to completing their settlement talks rather than actively pursuing litigation,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED, and

IT IS FURTHER ORDERED that Defendants have until August 14, 2008 to respond to the Complaint.

Dated: July _____, 2008

 

_____
Henry H. Kennedy, Jr.
U.S. District Court Judge

Copies via electronic service to:

John H. Harman, Esq.
Coggins Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

Campbell Killefer, Esq.
Venable LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004