IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN EDWARDS ARMSTRONG, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES E. ARMSTRONG, III,<br><br>           Plaintiff,<br><br>v.<br><br>KRATZ QUINTOS & HANSON LLP, ET AL.,<br><br>           Defendants. | Case: 1:07-cv-02333<br>Judge Henry H. Kennedy, Jr. |

**JOINT MOTION FOR A FINAL 10-DAY EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

The parties are completing their negotiations and putting the final touches on a draft settlement agreement resolving all disputes among them, but need a modest _final_ extension to facilitate the settlement. Accordingly, Plaintiff Susan Edwards Armstrong, Personal Representative of the Estate of James E. Armstrong, III ("Armstrong"), by her attorneys John H. Harman, Esquire and Coggins, Harman & Hewitt, on the one hand, and Defendants Mel R. Quintos ("Quintos"), individually and trading as Kratz Quintos & Hanson, LLP, Donald W. Hanson ("Hanson"), individually and trading as Kratz Quintos & Hanson, LLP and Kratz Quintos & Hanson, LLP (collectively, the "Defendants"), by their attorneys Campbell Killefer, Esquire and Venable LLP, on the other hand, hereby jointly move for an additional ten (10) day extension of time for Defendants to respond to

the "Verified Complaint for Preliminary and Permanent Injunctive Relief, Monetary Damages and For Other Appropriate Relief" filed on December 28, 2007. The parties filed their initial "Joint Motion for 40-Day Extension of Time for Defendants to Respond to the Complaint" (Doc. #5), which this Court granted by Minute Order dated April 29, 2008 (Doc. #6), and which was extended again by Minute Orders dated June 25, 2008 and July 24, 2008.

In the interest of judicial economy and with the hope of not having to incur significant costs associated with pleadings, motions, discovery and other litigation costs or otherwise require the intervention of this Court, the parties have been concentrating on reaching an amicable resolution of this matter. The parties jointly represent that the time and efforts of counsel will be devoted more productively to resolving the last outstanding issues rather than requiring Defendants' counsel to prepare their written response to the Complaint in the near future.

Accordingly, the parties jointly and respectfully request that the Court grant an additional extension of time for Defendants to respond to the Complaint for ten (10) days until August 25, 2008. A proposed Order accompanies this joint motion.

Dated: August 11, 2008

Respectfully submitted,

_John Harman/CK_
John H. Harman, D.C. Bar No. 34405
COGGINS, HARMAN & HEWITT
8905 Fairview Road, Suite 600
Silver Spring, MD 20910
Phone : (301) 587-2880
Fax: (301) 495-4990
Email: chhlaw587@aol.com

Counsel for Plaintiff

_Campbell Killefer_
Campbell Killefer, D.C. Bar No. 268433
VENABLE LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004
Phone: (202) 344-8196
Fax: (202) 344-8300
Email: ckillefer@venable.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify on this 11TH day of August 2008, I served a true and correct copy of the foregoing Joint Motion for a Final 10-Day Extension of Time for Defendants to Respond to the Complaint electronically via the Court's ECF system and via regular U.S. mail on counsel for Plaintiff:

    John H. Harman, Esq.
    COGGINS, HARMAN & HEWITT
    8905 Fairview Road, Suite 600
    Silver Spring, MD 20910

                              */s/ Campbell Killefer*
                              Campbell Killefer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SUSAN EDWARDS ARMSTRONG,<br>PERSONAL REPRESENTATIVE<br>OF THE ESTATE OF<br>JAMES E. ARMSTRONG, III,<br><br>    Plaintiff,<br><br>  v.<br><br>KRATZ QUINTOS & HANSON LLP,<br>ET AL.,<br><br>    Defendants. | Case: 1:07-cv-02333<br>Judge Henry H. Kennedy, Jr. |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for a Final 10-Day Extension of Time for Defendants To Respond To The Complaint, and it appearing to the Court that counsels' efforts will be more productively devoted to completing their settlement talks rather than actively pursuing litigation,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED, and

IT IS FURTHER ORDERED that Defendants have until August 25, 2008 to respond to the Complaint.

Dated: August _____, 2008

                   _____
                   Henry H. Kennedy, Jr.
                   U.S. District Court Judge

Copies via electronic service to:

John H. Harman, Esq.
Coggins Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

Campbell Killefer, Esq.
Venable LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004