IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN EDWARDS ARMSTRONG,<br>PERSONAL REPRESENTATIVE<br>OF THE ESTATE OF<br>JAMES E. ARMSTRONG, III,<br><br>      Plaintiff,<br><br>v.<br><br>KRATZ QUINTOS & HANSON LLP,<br>ET AL.,<br><br>      Defendants. | Case: 1:07-cv-02333<br>Judge Henry H. Kennedy, Jr. |

**FINAL JOINT MOTION FOR SEVEN-DAY EXTENSION OF TIME
TO FACILITATE ALL PARTIES SIGNING A COMPLETE SETTLEMENT
AGREEMENT**

All parties have reached a complete and final settlement of their disputes giving rise to this litigation. There are no remaining issues to be resolved. The parties need modest additional time to sign the settlement agreement and generate various schedules to be attached to the agreement.

Accordingly, Plaintiff Susan Edwards Armstrong, Personal Representative of the Estate of James E. Armstrong, III ("Armstrong"), by her attorneys John H. Harman, Esquire and Coggins, Harman & Hewitt, on the one hand, and Defendants Mel R. Quintos ("Quintos"), individually and trading as Kratz Quintos & Hanson, LLP, Donald W. Hanson ("Hanson"), individually and trading as Kratz Quintos & Hanson, LLP and Kratz Quintos & Hanson, LLP (collectively, the "Defendants"), by their attorneys

Campbell Killefer, Esquire and Venable LLP, on the other hand, hereby jointly move for a final seven (7) day extension of time for Defendants to respond to the "Verified Complaint for Preliminary and Permanent Injunctive Relief, Monetary Damages and For Other Appropriate Relief" filed on December 28, 2007. The parties filed their initial "Joint Motion for 40-Day Extension of Time for Defendants to Respond to the Complaint" (Doc. #5), which this Court granted by Minute Order dated April 29, 2008 (Doc. #6), and which was extended again by Minute Orders dated Jun 25, July 24, and August 12, 2008.

The parties jointly and respectfully request that the Court grant a final extension of time for Defendants to respond to the Complaint for seven (7) days until September 2, 2008. A proposed Order accompanies this joint motion.

Dated: August 25, 2008

Respectfully submitted,

_____
John H. Harman, D.C. Bar No. 34405
COGGINS, HARMAN & HEWITT
8905 Fairview Road, Suite 600
Silver Spring, MD 20910
Phone : (301) 587-2880
Fax: (301) 495-4990
Email: chhlaw587@aol.com

Counsel for Plaintiff

_____
Campbell Killefer, D.C. Bar No. 268433
VENABLE LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004
Phone: (202) 344-8196
Fax: (202) 344-8300
Email: ckillefer@venable.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify on this 25th day of August 2008, I served a true and correct copy of the foregoing Final Joint Motion for a Seven Day Extension of Time for Defendants to Respond to the Complaint electronically via the Court's ECF system and via regular U.S. mail on counsel for Plaintiff:

    John H. Harman, Esq.
    COGGINS, HARMAN & HEWITT
    8905 Fairview Road, Suite 600
    Silver Spring, MD 20910

_____
Campbell Killefer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN EDWARDS ARMSTRONG, )<br>PERSONAL REPRESENTATIVE )<br>OF THE ESTATE OF )<br>JAMES E. ARMSTRONG, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KRATZ QUINTOS & HANSON LLP, )<br>ET AL., )<br>)<br>Defendants. ) | Case: 1:07-cv-02333<br>Judge Henry H. Kennedy, Jr. |

**[PROPOSED] ORDER**

Upon consideration of the parties' Final Joint Motion for a Seven-Day Extension of Time, and it appearing to the Court that counsels' efforts will be more productively devoted to signing their settlement agreement and generating its accompanying schedules rather than pursuing unnecessary litigation tasks,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED, and

IT IS FURTHER ORDERED that Defendants have until September 2, 2008 to respond to the Complaint.

Dated: August _____, 2008

_____
Henry H. Kennedy, Jr.
U.S. District Court Judge

Copies via electronic service to:

John H. Harman, Esq.
Coggins Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

Campbell Killefer, Esq.
Venable LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004