IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SUSAN EDWARDS ARMSTRONG, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES E. ARMSTRONG, III,<br><br>        Plaintiff,<br><br>  v.<br><br>KRATZ QUINTOS & HANSON LLP, ET AL.,<br><br>        Defendants. | Case: 1:07-cv-02333<br>Judge Henry H. Kennedy, Jr. |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Susan Edwards Armstrong, Personal Representative of the Estate of James E. Armstrong, III ("Armstrong"), by her attorneys John H. Harman, Esquire and Coggins, Harman & Hewitt, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that Plaintiff voluntarily dismisses, with prejudice, her Complaint and all causes of action asserted therein as against all the named Defendants.

Voluntary dismissal of the Plaintiff's Complaint and all causes of action asserted therein is appropriate pursuant to Rule 41(a)(1)(A)(i) because the Notice of Voluntary Dismissal is being filed before any opposing party has served an answer or a motion for summary judgment.

Dated:  September 2, 2008                    Respectfully submitted,


                                                /s/ John H. Harman_____
John H. Harman, D.C. Bar No. 34405
COGGINS, HARMAN & HEWITT
8905 Fairview Road, Suite 600
Silver Spring, MD 20910
Phone : (301) 587-2880
Fax: (301) 495-4990
Email: chhlaw587@aol.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify on this 2nd day of September 2008, I served a true and correct copy of the foregoing Notice of Voluntary Dismissal With Prejudice electronically via the Court's ECF system and via regular U.S. mail on counsel for Defendants:

> Campbell Killefer, Esq.
> VENABLE LLP
> Terrell Place
> 575 7th Street, N.W.
> Washington, D.C. 20004

      /s/ John H. Harman
      John H. Harman

L:\Armstrong\Fed Ct Pleadings\NoticeVoluntaryDismissal.doc